## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of, Alphacraft Construction Inc. the defendants, and their owners and managers related companies, subsidiaries, directors, officers, and affiliates for overtime premiums for work in excess of forty hours per week as required under state and/or federal law. I authorize the filing of this consent in the action(s) challenging such conduct. I authorize being named as a party plaintiff. I hereby designate Rapaport Law Firm, PLLC, One Penn Plaza, Suite 2430, New York, New York, 10119 to represent me in the above captioned law suit in accordance with the professional services agreement signed by me.

---------------------------------------------
Signature            Date

LUIS RODRIGO         June 2, 2017
*ANGAMARCA* [signature]

## CONSENTIMIENTO PARA SER PARTE DEMANDANTE

Mediante mi firma a continuación, por medio de la presente autorizo la presentación y enjuiciamiento de reclamaciones en mi nombre y de mi parte para impugnar el fallo de acusado Alphacraft Construction Inc. y sus propietarios y gerentes, empresas relacionadas, subsidiarias, directores, funcionarios y a los afiliados que me paguen por horas extraordinarias de trabajo en exceso de cuarenta horas por semana como es requerido bajo la ley estatal y/o federal. Autorizo a la presentación de este consentimiento en la acción (es) desafiando esa conducta. Autorizo a ser nombrado como el presente "Demandante nombrado" en esta acción para tomar decisiones en nombre de todos los demás demandantes en relación con el litigio, el método y la forma de llevar a cabo este litigio, la entrada de un acuerdo con los abogados del demandante en relación con los honorarios y costo de abogados y todos los demás asuntos relativos a esta demanda y los comprometemos de actuar de acuerdo con los mejores intereses de la clase. Por medio de designar a Rapaport Law Firm, PLLC, One Penn Plaza, Suite 2430, New York, New York 10119 para representarme en la demanda anteriormente mencionada.

[signature]
Firma                Fecha
Luis Rodrigo         June 2, 2017
*ANGAMARCA*